# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MATTHEW MITCHELL                                                        PLAINTIFF

v.                                          No. 4:23-cv-216-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center;  SCOTT,
Lt., Faulkner County Detention
Center;  TIM RYALS;  and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                                        DEFENDANTS

## JUDGMENT

Mitchell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 November 2023